**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00256-CV

### ANTHONY SOLOMON, JR., Appellant

### V.

### TONJA SOLOMON, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-20204**

## ORDER

The clerk's record and reporter's record are past due in this accelerated appeal. Before the Court is appellant's March 20, 2015 motion for additional time to file the clerk's record and reporter's record. In a letter filed March 20, 2015, Shantel Beheler, Official Court Reporter for the 301st Judicial District Court of Dallas County, Texas, informed the Court that there was "no record made because the hearing was before our associate judge, and there was no reporter."

We **GRANT** appellant's motion **to the extent** that we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **MARCH 27, 2015**, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Felicia Pitre, Shantel Beheler, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
         JUSTICE